# United States District Court
# Central District of California

| | |
|---|---|
| JESUS AYALA, <br><br> Plaintiff, <br><br> v. <br><br> GUSTAVO ESPINOZA and ROSA ARGENTINA ESPINOZA, <br><br> Defendants. | Case No. 2:16-cv-3500-ODW(JEM) <br><br> **ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 18), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than October 17, 2016**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action, including the hearing on Defendant's Motion to Dismiss (ECF No. 13), are **MOOT** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

August 17, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**